NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CATERPILLAR INC.,**
*Appellant*

**v.**

**WIRTGEN AMERICA, INC.,**
*Cross-Appellant*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-2294, 2019-2338

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02185.

---

**JUDGMENT**

---

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for

appellant.    Also  represented  by  JOSHUA  GOLDBERG, ALEXANDER EDISON HARDING, DAVID MROZ.

RALPH WILSON POWERS, III, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for cross-appellant. Also represented by JON WRIGHT; MARK ANDREW KILGORE, RYAN D. LEVY, SETH R. OGDEN, WILLIAM E. SEKYI, JOHN FRANCIS TRIGGS, Patterson Intellectual Property Law, PC, Nashville, TN.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor.  Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, MAYER, and TARANTO, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

<u>February 3, 2021</u>                   <u>/s/ Peter R. Marksteiner</u>
            Date                         Peter R. Marksteiner
                                         Clerk of Court